# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No. 24-cv-13052<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| chenxingmaoyi | 3 |
| ChicShell | 4 |
| jierenjiemaoyi | 20 |
| maoyilili | 29 |
| pingpingmaoyi | 35 |
| xiaxiagongsi | 44 |
| xinsisimaoyi | 47 |
| zhonghuamaoyi | 52 |
| Art Color Home | 56 |

1

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 13, 2025                                     Respectfully submitted,

                                                                       /s/ Keaton Smith
                                                                       Keaton D. Smith
                                                                       **WHITEWOOD LAW PLLC**
                                                                       57 W. 57th Street
                                                                       New York, New York 10019
                                                                       Tel: (917) 858-8018
                                                                       Email: ksmith@whitewoodlaw.com

                                                                       *Counsel for Plaintiff*