UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No. 24-cv-13052<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sen Zhang ("Plaintiff") and Defendant BOSOBO (Def. #1) ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

Date: March 19, 2025

/s/ Keaton Smith
Keaton D. Smith
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaitiff*

Respectfully submitted,

/s/ Jiyuan Zhang
Jiyuan Zhang
**J. Zhang and Associates, P. C.**
3712 Prince Street, Ste 9c
Flushing, NY 11354
Tel: (718) 701-5098
Email: contact@jzhanglaws.com

*Counsel for Defendant*

1