UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG, | Case No. 24-cv-13052 |
| Plaintiff, | **Judge John J. Tharp, Jr.** |
| v. | **Magistrate Judge Keri L. Holleb Hotaling** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| Alger Mat | 54 |
| Fly Bohan | 61 |
| LXBL | 65 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: March 20, 2025 | Respectfully submitted,<br><br>/s/ Keaton Smith<br>Keaton D. Smith<br>**WHITEWOOD LAW PLLC**<br>57 W. 57th Street<br>New York, New York 10019<br>Tel: (917) 858-8018<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |