## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG, | Case No. 24-cv-13052 |
| Plaintiff, | **Judge John J. Tharp, Jr.** |
| v. | **Magistrate Judge Keri L. Holleb Hotaling** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| Monstek | 32 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: March 27, 2025

Respectfully submitted,

/s/ Keaton Smith
Keaton D. Smith
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*