UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　　Defendants. | Case No. 24-cv-13052<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sen Zhang ("Plaintiff") and Defendant QYD wardrobe (Def. #67) ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

Date: March 28, 2025　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Keaton Smith<br>Keaton D. Smith<br>**WHITEWOOD LAW PLLC**<br>57 W. 57th Street<br>New York, New York 10019<br>Tel: (917) 858-8018<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaitiff* | /s/ Weilian Song<br>Weilian Song<br>(ILND Bar No. 1122841)<br>**XYZ Law Firm, LLP**<br>2131 9th St NW, Unit 1-565<br>Washington, D.C. 20001<br>Email: will@xyziplaw.com<br><br>*Counsel for Defendant* |

1